IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LANE JOHNSON, | 1:09-cv-00742 SMS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| S. CAVAGNARO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983, filed a handwritten motion to proceed in forma pauperis on April 27, 2009. However, the application was not accompanied by a certified copy of Plaintiff's trust account statement for the six month period preceding the filing of the complaint, and did not include a information on Plaintiff's account balance certified by a prison official.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis;
2. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall either file the attached application to proceed in forma pauperis, completed and signed, or pay the $350.00 filing fee for this action; and

///

///

-1-

3. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:     April 30, 2009                                 /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE